# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Amy J. Traub
direct dial: 212.589.4248
atraub@bakerlaw.com

April 2, 2024

<u>VIA ECF</u>
The Honorable Arun Subramanian, U.S.D.J
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

      Re:    *Dominique Boulette v. New York Society for the Relief of the Ruptured and Crippled, Maintaining the Hospital for Special Surgery, individually and d/b/a "Hospital for Special Surgery"*
            Case No.: 1:24-CV-00594 (AS)

Dear Judge Subramanian:

     This firm represents Defendant New York Society for the Relief of the Ruptured and Crippled, Maintaining the Hospital for Special Surgery d/b/a "Hospital for Special Surgery" ("Defendant") in the above-referenced matter commenced by Plaintiff Dominique Boulette ("Plaintiff"). The parties have mutually agreed to participate in a private mediation of Plaintiff's claims, which they hope to schedule shortly. Accordingly, we write jointly with counsel for Plaintiff to respectfully request a stay of deadlines in this matter so that the parties may engage fully in their resolution efforts.

     Plaintiff's Complaint was filed on January 26, 2024, and Defendant's responsive pleading is currently due on April 8, 2024. The parties respectfully request that Defendant's time in which to answer or respond to the Complaint be stayed until 2 weeks after the parties declare an end to their mediation efforts. This is a joint request by both parties, and it is the first request by either party for a stay or adjournment. This stay, if granted, would also affect the following deadlines: the parties' deadline to file a joint Case Management Plan (presently due on May 6, 2024) and the parties' Initial Pre-Trial Conference with the Court (Dkt. No. 5, presently scheduled for May 8, 2024).

The Honorable Arun Subramanian
April 2, 2024
Page 2

      The parties thank the Court for its time and consideration of the instant request. Should Your Honor require additional information or like to speak with the parties, we will make ourselves available at the Court's convenience.

Respectfully,

| | |
|---|---|
| */s/ Amy J. Traub* | */s/ Max C. Bracero Esq.* |
| Amy J. Traub | Max C. Bracero |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

Application granted in part. The Court will not stay this case for settlement. But it will extend the deadline for Defendant's responsive pleading to April 22, 2024. The parties' deadline to file the CMP and the date of the initial pretrial conference remain the same.

The Clerk of Court is directed to terminate the motion at Dkt. 10.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 3, 2024